✓ #741764  #129356

FILED
2011 FEB -3 PM 3:01
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 08-35680 W
            *     CHAPTER 13

Phillips, Ricky Lee & Patricia M.
Debtor     *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 737823 | Laura Rado<br>740 N. Ridge Road<br>Vermilion, OH 44089-3512 | 458.06 | 12/30/10 |

2. Your trustee's check #741764 for a total of $458.06 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 01/28/11

John P. Gustafson
Trustee in Bankruptcy